UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 6/13/14 at 1:30 p.m.==

UNITED STATES OF AMERICA )
)
v. ) No. 3:08-00253
) JUDGE TRAUGER
JOSHUA BRIAN WESTMORELAND )

## MOTION TO CONTINUE REVOCATION HEARING

Comes now, the defendant Joshua Westmoreland, through counsel, and respectfully requests that the revocation hearing currently scheduled for April 21, 2014, at 3:00 p.m. be continued. The basis for this motion is that undersigned counsel has been in discussions with Assistant U.S. Attorney Phil Wehby regarding a possible Rule 20 transfer from the Eastern District of Tennessee. There have been some discussions regarding Mr. Westmoreland's prior criminal history and whether he qualifies for any sentencing enhancements. Those discussions have taken place between Mr. Wehby and the counsel representing the government in the Eastern District of Tennessee. Unfortunately, we have not reached resolution regarding a possible Rule 20 transfer. In any event, the parties require additional time in which to resolve any matters regarding Mr. Westmoreland's possible criminal history so that a Rule 20 transfer can be executed.

For these reasons it is respectfully requested that the Court continue the revocation hearing for a period of 45 days so that the parties may reach consensus regarding Mr. Westmoreland's past criminal history and agreement with the U.S. Attorneys Office of the Eastern District of Tennessee regarding a Rule 20 transfer.

**Respectfully submitted,**

/s/ *Ronald C. Small*
**RONALD C. SMALL, BPR #23150**
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
E-mail: Ron_Small@fd.org