IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 7/17/14 at 1:00 p.m.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00253 |
| | ) | JUDGE TRAUGER |
| JOSHUA BRIAN WESTMORELAND | ) | |

**GOVERNMENT'S MOTION TO RESET REVOCATION HEARING**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, in consultation with defense counsel, hereby requests a resetting of the scheduled hearing approximately 10 days to complete the transfer of Case No. 3:13-cr-00148, Eastern District of Tennessee, to this district for disposition, along with the current revocation proceeding. The parties have now reached a global resolution of both matters to present to the Court but must coordinate the actual transfer of the underlying EDTN case to this district for disposition. The government believes this process can be completed within approximately 10 days and would therefore request a resetting of the matter to a date at or near that time convenient to the Court's schedule.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Philip H Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

1