**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00253 |
| | ) | Judge Trauger |
| JOSHUA BRIAN WESTMORELAND | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the hearing scheduled for July 28, 2014 is **RESET** for Tuesday, August 5, 2014 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 28th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge